ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
JESSICA SPOONER #105919
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us
            jessica.spooner@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NATHAN MONSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF OREGON, through the LEGISLATIVE CONDUCT COMMITTEE, ADMINISTRATIVE COMMITTEE, and COUNSEL COMMITTEE; TINA KOTEK, PETER COURTNEY, FLOYD PROZANSKI, CHUCK THOMSEN, JULIE FAHEY, RON NOBLE, JESSICA KNIELING, DEXTER JOHNSON and VAL HOYLE individually,,<br><br>    Defendants. | Case No.  6:22-CV-00604<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 42 U.S.C. 1983** |

      PLEASE TAKE NOTICE that the civil case of the above captioned case *Nathan Monson v. State of Oregon, et al.,* Marion County Circuit Court Case No. 22CV12785 is hereby removed

Page 1 -   **NOTICE OF REMOVAL OF ACTION UNDER 42 U.S.C. 1983**

to the United States District Court for the District of Oregon, Eugene Division, pursuant to 28 USC § 1331 and 1446.  The ground for removal is as follows:

1.	On April 18, 2022, plaintiff filed his complaint in Multnomah County Circuit Court, Case No. 22CV12785.  Pursuant to 28 USC § 1446(a), a copy of the complaint is attached as **Exhibit 1**.

2.	The complaint states a claim which asserts a question of federal law.

3.	Pursuant to 28 USC § 1446(d), a copy of this Notice of Removal is being served upon plaintiff and a copy has been e-filed with the Multnomah County Circuit Court.

WHEREFORE, the above captioned case is removed from the Marion Circuit Court and to the U.S. District Court for the District of Oregon.


DATED April  22 , 2022.

> Respectfully submitted,
>
> ELLEN F. ROSENBLUM
> Attorney General
>
>
>      *s/ Marc Abrams*
> MARC ABRAMS #890149
> Assistant Attorney-in-Charge
> JESSICA SPOONER #105919
> Assistant Attorney General
> Trial Attorneys
> Tel (971) 673-1880
> Fax (971) 673-5000
> marc.abrams@doj.state.or.us
> jessica.spooner@doj.state.or.us
> Of Attorneys for Defendants

Page 2 -	**NOTICE OF REMOVAL OF ACTION UNDER 42 U.S.C. 1983**