IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NATHAN MONSON, | Civ. No. 6:22-cv-00604-AA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF OREGON; FLOYD PROZANSKI; CHUCK THOMSEN; JULIE FAHEY; RON NOBLE; JESSICA KNIELING, | |
| Defendants. | |

AIKEN, District Judge.

For the reasons set forth in the accompanying Order, judgment is for Defendants and this case is DISMISSED.

It is so ORDERED and DATED this ___11th___ day of March 2024.

                                                         /s/Ann Aiken  
                                                       ANN AIKEN  
                                                       United States District Judge