ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NATHAN MONSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF OREGON, through the LEGISLATIVE CONDUCT COMMITTEE and ADMINISTRATIVE COMMITTEE; and FLOYD PROZANSKI, CHUCK THOMSEN, JULIE FAHEY, RON NOBLE, and JESSICA KNIELING, in their individual capacities,<br><br>　　　　Defendants. | Case No.  6:22-CV-00604-AA<br><br>**WITHDRAWAL OF BILL OF COSTS** |

　　Defendants hereby withdraw their Bill of Costs and Disbursements (Docket No. 38) submitted March 12, 2024.

　　DATED April 11, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　ELLEN F. ROSENBLUM
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　*s/ Marc Abrams*
　　　　　　　　　　　　　　　　　　MARC ABRAMS, #890149
　　　　　　　　　　　　　　　　　　Assistant Attorney-in-Charge
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Tel (971) 673-1880
　　　　　　　　　　　　　　　　　　Fax (971) 673-5000
　　　　　　　　　　　　　　　　　　marc.abrams@doj.state.or.us
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Page 1 -    **WITHDRAWAL OF BILL OF COSTS**

## CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I served the foregoing WITHDRAWAL OF BILL OF COSTS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Michael Fuller | ___ HAND DELIVERY |
| Olsen Daines PC | ___ MAIL DELIVERY |
| 111 SW 5th Avenue, Suite 3150 | ___ OVERNIGHT MAIL |
| Portland, OR 97204 | _X_ SERVED BY E-FILING |
| *Attorneys for Plaintiff* | ___ EMAIL DELIVERY |
| | |
| Kim Sordyl | ___ HAND DELIVERY |
| Sordyl Law LLC | ___ MAIL DELIVERY |
| 422 NW 13th Avenue, #751 | ___ OVERNIGHT MAIL |
| Portland, OR 97209 | _X_ SERVED BY E-FILING |
| *Attorneys for Plaintiff* | ___ EMAIL DELIVERY |

       *s/ Marc Abrams*
MARC ABRAMS #890149
Assistant Attorney-in-Charge
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
marc.abrams@doj.state.or.us
*Attorneys for Defendants*

Page 1 -   **CERTIFICATE OF SERVICE**